IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| STACY FULLWOOD, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 00-N-1966-E |
| | ) |
| WARDEN R. WILEY and | ) |
| THE BUREAU OF PRISONS, | ) |
| | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and the petitioner's objections and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be transferred to the United States District Court for the Middle District of Georgia. An appropriate order will be entered.

**DONE**, this 3rd day of October, 2000.

_____
EDWIN L. NELSON
UNITED STATES DISTRICT JUDGE

